# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
### BRUNSWICK DIVISION

EDDIE JONES,                    :
                               :
       Plaintiff,          :
                               :
   v.                          :       CIVIL ACTION NO.: CV211-120
                               :
TOMMY GREGORY, Sheriff; APRIL  :
PALMER; CHUCK BYERLY; DAVID    :
DOUGLAS; Sgt. WATSON; and      :
Nurse JENNY,                   :
                               :
       Defendants.         :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

Plaintiff's complaint is **DISMISSED** due to Plaintiff's failure to state a claim upon which relief may be granted. The Clerk of Court is hereby authorized and directed to enter an appropriate Judgment.

**SO ORDERED**, this ___ day of _____, 2011.

_____
LISA GODBEY WOOD, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)